ONE NORTH McDOWELL ASSN. v.
McDOWELL DEVELOPMENT CO.

No. 203P90

Case below: 98 N.C.App. 125

Petition by defendants (B. D. Rodgers and Rodgers Builders, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990. Petition by defendant (P.C. Godfrey) for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990. Petition by defendant (MDC) for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

POSTON v. MORGAN-SCHULTHEISS, INC.

No. 106P90

Case below: 97 N.C.App. 142

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 29 August 1990.

RAGAN v. COUNTY OF ALAMANCE

No. 277PA90

Case below: 98 N.C.App. 636

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 29 August 1990.

RICH v. SHAW

No. 255P90

Case below: 98 N.C.App. 489

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

R. L. COLEMAN & CO. v. CITY OF ASHEVILLE

No. 281P90

Case below: 98 N.C.App. 648

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.